# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

**DANIEL L. GRAY,**

    Plaintiff,

v.                                                                         **Case No: 5:11-cv-184-Oc-PRL**

**COMMISSIONER OF SOCIAL SECURITY**

    Defendant.

## ORDER

This case came before the Court upon periodic review. In accordance with the Court's Order entered October 26, 2011 (Doc. 17), this case was remanded to the Commissioner, pursuant to sentence six of 42 U.S.C. § 405(g), and the Court retained jurisdiction in this matter. The Commissioner was directed to provide the Court with status reports every three months regarding the progress of the remand process. (Doc. 17).

On July 30, 2012, the Commissioner reported in a status report that a "review of agency records conducted on July 20, 2012, indicate the Commissioner issued a favorable decision in this case on July 23, 2012." A review of the docket reveals that there has been no further activity in this case since that filing.

Accordingly, the parties shall have until **December 16, 2013** to move for entry of judgment, failing which this case may be dismissed without prejudice without further notice for failure to prosecute pursuant to Local Rule 3.10(a).

- 2 -

    **DONE** and **ORDERED** in Ocala, Florida on December 2, 2013.

                                        PHILIP R. LAMMENS
                                        United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties