**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**DANIEL L. GRAY,**

    **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　　　　　　　**Case No: 5:11-cv-184-Oc-PRL**

**COMMISSIONER OF SOCIAL**
**SECURITY**

    **Defendant.**

### ORDER

This case is before the Court on Defendant's Unopposed Motion to Re-Open. (Doc. 26). This case was remanded to the Commissioner of Social Security pursuant to sentence six of 42 U.S.C. § 405(g). The motion recites that, on remand, the Administrative Law Judge issued a fully favorable decision granting Plaintiff disability insurance benefits. Defendant requests that the Court affirm the final decision of the Commissioner issued subsequent to the remand ordered by this Court on July 23, 2012. The parties have conferred pursuant to Local Rule 3.01(g), and opposing counsel does not object to the requested relief.

Upon due consideration, Defendant's Motion to Re-Open and Affirm the Commissioner's Decision Subsequent to Remand and for Entry of Judgment (Doc. 26) is hereby **GRANTED**. The Commissioner's decision is hereby **AFFIRMED**, and the Clerk is directed to enter judgment for the Plaintiff.

    **DONE** and **ORDERED** in Ocala, Florida on December 11, 2013.

- 2 -

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties