## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

**DANIEL L. GRAY,**

     **Plaintiff,**

**v.**                                                           **Case No: 5:11-cv-184-Oc-PRL**

**COMMISSIONER OF SOCIAL**
**SECURITY**

     **Defendant.**

_____

### ORDER

This matter is before the Court on Plaintiff's Petition for Attorney Fees. (Doc. 25). Pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d), Plaintiff requests an award of fees in the amount of $1,525.87.   Plaintiff asserts that the attached declaration and schedules of hours confirm the attorney hours.   (Doc. 25-1, 25-2).   Plaintiff represents he has conferred with counsel for the Defendant by forwarding a copy of the proposed motion before filing, and that the parties are in the process of discussing the amount of fees sought.   The Court notes that Defendant has not objected to Plaintiff's motion, which was filed on March 17, 2014, and the time for objecting has expired.

Plaintiff asserts that he is the prevailing party in this litigation, that the Commissioner's position in the underlying action was not substantially justified and that his net worth at the time proceeding was filed was less than two million dollars.[1]   (Doc. 25, p. 2).   On December 12, 2013,

_____

[1]   Under the EAJA, a claimant is eligible for an attorney fee award where:   (1) the claimant is a prevailing party in a non-tort suit involving the United States; (2) the Government's position was not substantially justified; (3) the claimant filed a timely application for attorney's fees; (4) the claimant had a net worth of less than $2 million at the time the complaint was filed; and (5) there are no special

the Court entered an Order Affirming the Commissioner's Decision subsequent to Remand. (Doc. 27).   The Clerk entered Judgment accordingly.   (Doc. 28).

Pursuant to the provisions of the Equal Access to Justice Act (28 U.S.C. § 2412(d)), Plaintiff's petition for attorney's fees (Doc. 29) is hereby **GRANTED**.   Plaintiff is awarded attorney's fees in the amount of **$ 1,525.87.**

**DONE** and **ORDERED** in Ocala, Florida on April 9, 2014.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties

---

circumstances which would make the award of fees unjust.   28 U.S.C.   2412(d).